Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**S.I.R.P.R.**

## UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**1:24-cv-1331**

Jane M. Beckering
U.S. District Judge

FILED - KZ
December 18, 2024 1:06 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__mg__ Scanned by _____

Undra M Brown

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Consumers Credit Union
Portraya Shumacher, Kris Brice
matthew Dygert or Dygert

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Undra Brown  BKA  Bishop Brown |
| Street Address | 4329 Duke Street Apt A4 |
| City and County | Kalamazoo, Kalamazoo |
| State and Zip Code | Michigan 49008 |
| Telephone Number | 269-271-2612 |
| E-mail Address | Undrabrown94@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known).* Attach additional pages if needed.

See III - 1

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name  Consumers Credit Union

Job or Title *(if known)*  Corporation

Street Address  6699 W main St

City and County  Kalamazoo, Kalamazoo

State and Zip Code  Michigan  49009

Telephone Number  800.991.2221/269.345.7804

E-mail Address *(if known)*

**Defendant No. 2**

Name  Shawn Detamore

Job or Title *(if known)*  Regional Manager # 959606

Street Address  7200 Elm Valley Drive

City and County  Kalamazoo  Kalamazoo

State and Zip Code  Michigan  49009

Telephone Number  269.488.1808

E-mail Address *(if known)*

**Defendant No. 3**

Name  Portraya Shumacher

Job or Title *(if known)*

Street Address  6699 W main St

City and County  Kalamazoo  Kalamazoo

State and Zip Code  Michigan  49009

Telephone Number  269-501-6572/ 800.991.2221

E-mail Address *(if known)*

**Defendant No. 4**

Name  Kris Brick

Job or Title *(if known)*

Street Address  6699 W main St

City and County  Kalamazoo, Kalamazoo

State and Zip Code  Michigan  49009

Telephone Number  269.488.1766

E-mail Address *(if known)*

Page 2 of 5

Defendant's

matthew Dysert or Dysart
6699 w mainstreet
Kalamazoo Kalamazoo
michigan 49009
269.488.2596

Defendant 6

Christy Lash Bank manager

Defendant 7

Paige    she went missing after she gave
me The snapshot I couldn't Talk nor
find Info on her

Defendant 8

Cale B.

Accountent
# 269-345-7804
Defendant 9
Heather Oneil
isin all notes or some

© 2024 University of Chicago Law School

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Bank Fraud/18 USC 1344* *Consumer Financial Protection Act, (FTC Act) (BSA)(sherman act) (FCRA Act) (USA PATRIOT Act)*

*crime and control Act of 1984*

*The Economic Social and Cultural Rights Covenant Human Rights Privileges Living by God Unlawful Seizure use of force Right to Due Process my origin*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Respectfully see att
allowing the material facts be the evidence
appeasing the courts the best I can.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Respectfully I was born within the Enumeration
of the US Constitution, However all my life bills of
attainders, through De Jury De facto, Systematically
disenfranchising my Persons/government Seats, Egregiously,
Defamation I ask the court to grant 100 million USD
of Just compensation which is about 3% percent

Statement of Claim

On Dec 24th we Contacted Consumers Customer Service line to speak with Someone in Regards to issues within Our account.

We were advised to go speak with Christy lash on 12/28/2021

We Contacted the 9th Street location Was told Christy was on Vacation

We Spoke with Paige showed her What the issues were. Showed her Checks that were in Question

She then Scanned Checks over to Accounting they emailed her

While We were Sitting in cher
office .. She informed us that
a couple of checks haven't
Been cashed and they were
not Reflecting in our account..
So we Should re Submit
them. We did on 12/30
"They went thru the System"
and Contacted our Clients
who wrote those checks letting
them Know. A couple of
days later we heard from
one of our Clients.. who informed
us the check was cashed
in July 2020 So HOW was it Not

Reflecting on our Statement
or our Snap Shot.

On 1/3 we went to Speak

with Christy to Speak of

our account and manipulated

Checks... SHE TOLD us to LEAVE

She wasn't gonna move forward!

So we left out of the Bank

and Called the F.B.I spoke
with Jay... He informed me

to call local police, State Police

I did that... AND NOBODY

Came and took a Report! WHY?

See back
Please
12-13-2024

In and around the Dates listed Portraya shumacher Did admit to the facts presented she admitted That from Start of my account they Consumers Credit Union Do not use that System anymore I then told Her if that was the Case why my account showing fraud 0 and manipulating funds? after getting notice of the Duplicate Mobie Deposits I Don't Think Ive heard from then again

Relief

of Consumers Credit Union annual assets, 3,537,735,375$ as of Sep 2024.

I ask the courts to consider to summons the names on the re-deposits checks making this class action, I ask the courts to see the History of Banking, Salmon P Chase, President Lincoln, and the "Green back" Dollar, or Monument of A Crime/ A 1899 Newspaper article about the failure of the freedmans Bank Respectfully!

I ask the courts to consider within the Enumeration Consumers Credit Union, Credit bureaus, Consumers Reports all took part Violated my right to Privacy and to be Secured in my persons by information sharing & false reports as CCU closing my account and made a Report on my credit Report which is monopoly taken my papers & Persons in their complete control, Preventing me having Shares within CCU and restricting me from Being A Positive influence in the community, charters, or city Respectfully and continuously! I ask the courts to consider my time incarcerated and release from federal Prison and case

↗

# 48CV-21-69/emancipation/
in which I was denied.
to appease the courts, please
See all attachment for damages
exemplary or punitive that
Im doing my best to be
within the scope of Relief
Respectfully. this been painful
to See they was misappropriation
my account

See Video Pleas

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-13-2024

Signature of Plaintiff

Printed Name of Plaintiff    Undra Brown
                             AKA
                             Bishop Brown

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____